UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

- - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

AARON WILLIAM FEIN,

      Defendant.
_____/   **INDICTMENT**

The Grand Jury charges:

## COUNT 1
**(False Statement)**

On or about April 19, 2019, in the Southern Division of the Western District of Michigan, the Defendant,

AARON WILLIAM FEIN,

did willfully and knowingly make a materially false and fictitious statement, within the jurisdiction of the executive branch of the United States Government, by stating to a Task Force Officer of the Federal Bureau of Investigation that he had neither possessed nor fired a firearm the day before. The statement was false because, as Defendant then and there knew, he had possessed and fired an AR-15 5.56mm rifle in Ann Arbor, Michigan, on April 18, 2019.

18 U.S.C. § 1001(a)(2)

## COUNT 2
### (False Statement)

On or about May 3, 2019, in the Southern Division of the Western District of Michigan, the Defendant,

AARON WILLIAM FEIN,

did willfully and knowingly make a materially false and fictitious statement, within the jurisdiction of the executive branch of the United States Government, by stating to a Task Force Officer of the Federal Bureau of Investigation that there were no firearms or firearms components in the residence where he resided. The statement was false because, as Defendant then and there knew, he possessed two lower-receivers for an AR-15 5.56mm rifle, an AR-15 pistol grip, and an AR-15 lower-receiver parts kit, and those items were stored in the residence at that time.

18 U.S.C. § 1001(a)(2)

A TRUE BILL

_____
GRAND JURY FOREPERSON

ANDREW BYERLY BIRGE
United States Attorney

_____
HAGEN WALTER FRANK
Assistant United States Attorney

2