UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

AARON WILLIAM FEIN,

    Defendant.

_____/

Hon. Paul L. Maloney

Case No. 1:19-cr-00118

**ORDER**

Defendant appeared before me with counsel on May 10, 2023, for a preliminary hearing on the petition for warrant or summons for offender under supervision, Fed. R. Crim. P. 32.1(a)(1). Defendant waived a preliminary examination and elected not to contest detention. I therefore find that defendant has not sustained the burden of demonstrating by clear and convincing evidence an eligibility for bond. Defendant is remanded to the custody of the Attorney General pending a final revocation hearing.  Accordingly:

**IT IS ORDERED** that defendant be and hereby is bound over for further proceedings before the district judge on the petition for warrant or summons for offender under supervision.

**IT IS FURTHER ORDERED** that defendant is committed to the custody of the Attorney General until further order of the court.

Dated: May 10, 2023

   /s/ Sally J. Berens
SALLY J. BERENS
U.S. Magistrate Judge