# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN

### Amended Petition for Warrant or Summons for Person Under Supervision

Name: Aaron William Fein                                   Case Number: 1:19CR00118-01

Name of Sentencing Judicial Officer: The Honorable Paul L. Maloney
U.S. District Judge

**Name of Presiding Judicial Officer: The Honorable Janet T. Neff**
**U.S. District Judge**

Date of Original Sentence: March 4, 2020

Original Offense: Count 1: False Statement; 18 U.S.C. § 1001(a)(2)

Original Sentence: 27 months imprisonment and 3 years supervised release. Special Conditions: (1) mental health treatment; (2) no firearms/firearm components or explosive/destructive devices; (3) if unemployed after 60 days, must do 20 hours community service weekly; (4) 12 months home detention with location monitoring; (5) use only computers as approved by probation officer; (6) provide probation officer with all usernames, email addresses and passwords and not create accounts without probation officer permission; (7) participate in computer/internet monitoring; (8) provide computer related billing as directed by probation officer; and (9) submit to a search of person, with reasonable suspicion. Special Assessment, $100.00 (paid).

Type of Supervision: Supervised Release           Date Supervision Commenced: March 26, 2021
                                                                           Expiration Date: March 25, 2024

Assistant U.S. Attorney: Nils Kessler                Defense Attorney: **Helen C. Nieuwenhuis**

---

### PETITIONING THE COURT

[X]   **To amend the petition dated May 4, 2023, to update the Nature of Noncompliance for Violation Number 1, and to add Violation Numbers 4-8.**

The probation officer believes Aaron William Fein has violated the following condition of supervision:

**<u>Violation Number 1</u>**

**Mandatory Condition Number 1: You must not commit another federal, state, or local crime.**

On or about April 24, 2023, Mr. Fein committed the crime of Unarmed Robbery, in violation of MCL 750.530, a felony, punishable by up to 15 years imprisonment.

<u>**Nature of Noncompliance for Violation 1**</u>

On or about April 24, 2023, the Kent County, Michigan, Sheriff's Office (KCSO) responded to a retail fraud at Menards in Alpine Township, Michigan. According to the incident report, the suspect, later identified as Mr. Fein, was observed by the Loss Prevention Officer (LP Officer) on surveillance cameras concealing merchandise. The LP Officer, along with the General Manger (GM), attempted to make contact with Mr. Fein prior to him leaving the store. The LP Officer made contact with Mr. Fein, and he was initially cooperative. He then turned and started running. As Mr. Fein fled from the store, he punched the GM in the face, knocking him on the ground. The GM was observed to have an abrasion, swelling, and bruising on his nose and under his right eye.

Mr. Fein attempted to steal a Mastercraft 20v cut-out tool valued at $109.99 and two boxes of Allegra 24-hour pills valued at $35.99 each. The Mastercraft was recovered by Loss Prevention.

On May 4, 2023, Mr. Fein was arrested on a warrant and lodged in Kent County Correctional Facility. He is charged in 63rd District Court, Grand Rapids, with Unarmed Robbery, in Docket Number 2023-D2301071-FY. An arraignment is scheduled for May 5, 2023.

**On May 24, 2023, Mr. Fein pled guilty to the misdemeanor offenses of Assault and Battery and Retail Fraud 2nd in the 63rd District Court. On June 5, 2023, he was sentenced to 93 days custody and fines/costs, to include restitution, in the amount of $610.99 for Assault and Battery, and 93 days custody and fines/costs in the amount of $500.00 for Retail Fraud 2nd. The Unarmed Robbery charge was dismissed pursuant to the plea.**

<u>**Violation Number 2**</u>

**Standard Condition Number 7: You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.**

Since in or about October 2022, Mr. Fein has failed to maintain full time employment.

<u>**Violation Number 3**</u>

**Special Condition Number 3: If you are unemployed after the first 60 days of supervision, or for 60 days after termination or lay-off from employment, you must perform at least 20 hours of community service work per week, as directed by the probation officer, until gainfully employed full-time.**

Since in or about December 2022, Mr. Fein failed to complete community service hours after being unemployed for more than 60 days, as directed by the probation officer.

**<u>Nature of Noncompliance for Violations 2-3</u>**

On or about October 8, 2022, Mr. Fein quit his employment after he reportedly got into verbal altercation with a coworker. Mr. Fein failed to notify this officer of the employment change until December 5, 2022, when he was questioned during a routine home contact. Mr. Fein was instructed to contact this officer the next day to discuss his plan regarding employment and/or community service. Mr. Fein left this officer a voicemail requesting a return call. This officer returned Mr. Fein's message; however, Mr. Fein did not answer and failed to respond to a voicemail left for him.

On January 30, 2023, Mr. Fein was instructed to report to the U.S. Probation Office, Grand Rapids, to discuss employment and/or community service. Mr. Fein reported ongoing medical issues that prevented him from working. He provided medical documentation; however, there were no work restrictions/limitations. Mr. Fein stated he planned to follow-up with is doctor and agreed to provide additional medical documentation. He was provided a list of community service sites and logs and instructed to contact this officer every Monday to discuss job search efforts/progress.

As of this writing, Mr. Fein failed to provide medical documents as requested and remains unemployed, and he has not completed any community services hours as directed by this officer.

**<u>Violation Number 4</u>**

**Mandatory Condition Number 1: You must not commit another federal, state, or local crime.**

**Sometime in or about May 2023, Mr. Fein committed the crime of Felon in Possession of a Firearm, in violation of 18 U.S.C. § 922(g)(1), a felony, punishable by up to 15 years imprisonment and/or a $250,000.00 fine.**

**<u>Violation Number 5</u>**

**Mandatory Condition Number 1: You must not commit another federal, state, or local crime.**

**Sometime in or about May 2023, Mr. Fein committed the crime of Felon in Possession of Ammunition, in violation of 18 U.S.C. § 922(g)(1), a felony, punishable by up to 15 years imprisonment and/or a $250,000.00 fine.**

**<u>Violation Number 6</u>**

**Standard Condition Number 10: You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).**

**Sometime in or about May 2023, Mr. Fein possessed a firearm and ammunition.**

**Violation Number 7**

**Standard Condition Number 10: You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).**

**Sometime in or about May 2023, Mr. Fein possessed a dangerous weapon, namely, a long-fixed blade knife.**

**Violation Number 8**

**Special Condition Number 2: You are prohibited from possessing a firearm and any components to make a firearm or to use as a firearm. You are also prohibited from possessing explosives/destructive devices and components to make or use as explosives/destructive device. You are also prohibited from possessing any dangerous weapon designed to harm another person or components to make or use as a weapon designed to harm another person.**

**Sometime in or about May 2023, Mr. Fein possessed a firearm and components to make a firearm or to use as a firearm.**

**Nature of Noncompliance for Violations 4-8**

**On May 17, 2023, the U.S Probation Office conducted a search at Mr. Fein's approved residence based on reasonable suspicion he violated conditions of his supervision. During the search, probation officers located a KA-BAR long-fixed blade knife in Mr. Fein's bedroom, as well as a front and rear sight to a firearm. Officers located a backpack in the basement that contained one (1) firearm; nine (9) long gun ammunition rounds; 16 rounds of Vortex 9mm ammunition; five (5) lower receivers for a firearm; two (2) lower receiver molds for a firearm; one (1) firearm grip; one (1) firearm spring; and several tools used to armor firearms. There was also a drill press with observable metal shavings. Officers further recovered 86 rounds of 22 long rife ammunition and an empty assault rifle (AR) style magazine. Three AR style magazines (varying in size) with ammunition (two were loaded to capacity, one with one round) were located in the garage.**

**Previous Court Action**

- **March 23, 2022:** Report on Offender: Mr. Fein failed to maintain full time employment and complete 20 hours of community service weekly, and failed to sufficiently participate in mental health treatment. The Court agreed with no formal action.

- **May 5, 2023:** Warrant issued for Mr. Fein's arrest following allegations of supervised release violations. On May 8, 2023, Mr. Fein was taken into federal custody and made an initial appearance before U.S. Magistrate Judge Sally J. Berens. Mr. Fein was remanded to custody and has remained in custody pending proceedings.

Aaron William Fein
1:19CR00118-01

**U.S. Probation Officer Recommendation:**

The Supervised Release should be
    [X] revoked.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 27, 2023

Respectfully submitted,

by /s/Keonna L. Cruzado
    Keonna L. Cruzado
    U.S. Probation Officer
    Date: June 27, 2023

Approved,

by /s/ Scott M. Lopofsky
    Scott M. Lopofsky
    Supervisory U.S. Probation Officer
    Date: June 27, 2023

---

THE COURT ORDERS:

☐ No action
☐ The issuance of a warrant
☐ The issuance of a summons
☒ Other - The Petition dated May 4, 2023, is hereby amended as indicated.

/s/ Janet T. Neff
The Honorable Janet T. Neff
U.S. District Judge

June 28, 2023
Date