UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

UNITED STATES OF AMERICA,

        Plaintiff,                       Case No. 1:19-cr-118

v.                                    Hon. Janet T. Neff
                                      United States District Judge

AARON WILLIAM FEIN,

        Defendant.

_____/

**DEFENDANT'S MOTION TO ADJOURN SUPERVISED
RELEASE VIOLATION HEARING AND BRIEF IN SUPPORT**

The defendant, Aaron William Fein, through his attorney, First Assistant Federal Public Defender Helen C. Nieuwenhuis, hereby moves this Honorable Court for an adjournment of the final hearing regarding the revocation of his supervised release. The hearing is currently scheduled for August 2, 2023. Mr. Fein requests this adjournment pursuant to Federal Criminal Rule 45(b). Several of the alleged violations concern a potential Indictment on a charge of felon in possession of a firearm, contrary to 18 U.S.C. § 922(g)(1). Mr. Fein is requesting to have his SRV hearing adjourned until after a decision whether to indict has been made. Counsel for the government, Assistant United States Attorney Nils R. Kessler, does not oppose this request for an adjournment.

**Brief in Support**

An amended probation petition alleging a violation of the terms of the defendant's supervised release was filed on June 28, 2023.   On May 8, 2023, Mr. Fein made his first appearance before this Court.   Undersigned counsel was then appointed to represent Mr. Fein.   A final hearing regarding the revocation is currently scheduled for August 2, 2023.

Mr. Fein is requesting this continuance so he can first deal with his potential Indictment and then address his alleged violations.

Rule 45(b) of the Federal Rules of Criminal Procedure provides that when "an act must or may be done within a specified period, the court on its own may extend the time, or for good cause may do so on a party's motion."   The defendant believes that good cause exists to adjourn the final revocation hearing scheduled in this matter.

WHEREFORE, the defendant moves this Honorable Court to adjourn the final revocation hearing in this matter.

Respectfully submitted,

SHARON A. TUREK
Federal Public Defender

Dated: July 31, 2023

/s/ Helen C. Nieuwenhuis
HELEN C. NIEUWENHUIS
First Assistant Federal Public Defender
50 Louis, NW, Suite 300
Grand Rapids, Michigan 49503
(616) 742-7420