UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

    Case No. 1:19-cr-118

    HON. JANET T. NEFF

AARON WILLIAM FEIN,

    Defendant.
_____/

## **ORDER**

Pending before the Court is Defendant's motion to adjourn the August 2, 2023 final hearing regarding the revocation of his supervised release (ECF No. 103). The government does not oppose the motion (ECF No. 104). The Court having reviewed the motion:

**IT IS HEREBY ORDERED** that Defendant's motion to adjourn (ECF No. 34) is GRANTED.

**IT IS FURTHER ORDERED** that the parties shall, immediately following resolution of the potential Indictment, file a joint notice advising the Court that the final hearing regarding revocation of supervised release may proceed.

A notice adjourning the August 2, 2023 final hearing regarding revocation of supervised release will issue.

Dated: August 1, 2023                                                    /s/ Janet T. Neff
                                                                                       JANET T. NEFF
                                                                                       United States District Judge