UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                    Case No. 1:19–cr–00118–JTN

v.                               Hon. Janet T. Neff

AARON WILLIAM FEIN,

    Defendant.
_____/

## NOTICE OF HEARING CANCELLATION

    The final hearing re revocation of supervised release set in this matter for **August 2, 2023** is hereby **adjourned without date.**

                                      JANET T. NEFF
                                      United States District Judge

Dated:  August 1, 2023        By:    /s/ Karen M. Lindstrom
                                                 Paralegal